**SHA-1 Hash:** EBA8DE3C692A21776D4DEF9B4DD22ED6EA026C17    **Title:** Jada Stevens is Buttwoman
**Rights Owner:** Patrick Collins, Inc.

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 173.3.32.15 | 10/09/2012 14:40:47 | Elmwood Park | NJ | Optimum Online | BitTorrent |
| 2 | 24.185.158.187 | 09/27/2012 06:20:26 | Jackson | NJ | Optimum Online | BitTorrent |
| 3 | 67.86.240.72 | 09/26/2012 19:05:31 | Newark | NJ | Optimum Online | BitTorrent |
| 4 | 68.199.112.133 | 10/19/2012 00:03:33 | Morganville | NJ | Optimum Online | BitTorrent |
| 5 | 69.115.82.16 | 09/26/2012 16:19:12 | Elizabeth | NJ | Optimum Online | BitTorrent |
| 6 | 108.35.251.82 | 10/02/2012 22:25:34 | Weehawken | NJ | Verizon Internet Services | BitTorrent |
| 7 | 96.242.140.211 | 09/29/2012 12:06:57 | West Orange | NJ | Verizon Internet Services | BitTorrent |
| 8 | 96.248.110.247 | 10/20/2012 04:27:04 | Woodbury | NJ | Verizon Internet Services | BitTorrent |

EXHIBIT A

CNJ33